# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL C. MIRANDA, <br><br>　　　　　Petitioner, <br><br>　　vs. <br><br>DOMINGO URIBE, JR., Warden, <br><br>　　　　　Respondent. | Case No. CV 10-9682 ODW (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　In addition, as to Petitioner's argument regarding the Confrontation Clause claim, the Court reviewed the U.S. Supreme Court's decision in <u>Hardy v. Cross</u>, ___ U.S. ___, 2011 WL 6141312 (Dec. 12, 2011), which was decided after the Magistrate Judge issued the original Report and Recommendation. In <u>Hardy</u>, the Supreme Court expressly held that "when a witness disappears before trial, it is always possible to think of additional steps that the prosecution might have taken

to secure the witness' presence, [ ] but the Sixth Amendment does not require the prosecution to exhaust every avenue of inquiry, no matter how unpromising." Id. at *4. Rather, a federal court on habeas review is required to use the "deferential standard of review" set forth in AEDPA and review the state court decision for reasonableness. Id. With the Supreme Court's recent pronouncement in mind, the Court finds no error in the Magistrate Judge's analysis of this issue.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: 12-14-2011

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE