1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
11
12   MANUEL C. MIRANDA,              )   Case No. CV 10-9682 ODW (MRW)
                                     )
13                  Petitioner,      )
14          vs.                      )   ORDER ACCEPTING FINDINGS AND
                                     )   RECOMMENDATIONS OF
15   DOMINGO URIBE, JR., Warden,     )   UNITED STATES MAGISTRATE
                                     )   JUDGE
16                  Respondent.      )
                                     )
17   _____)
18          Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on
19   file, and the Report and Recommendation of the United States Magistrate Judge.
20   Further, the Court has engaged in a de novo review of those portions of the Report
21   to which Petitioner has objected.  The Court accepts the findings and
22   recommendation of the Magistrate Judge.
23          In addition, as to Petitioner's argument regarding the Confrontation Clause
24   claim, the Court reviewed the U.S. Supreme Court's decision in Hardy v. Cross,
25   ___ U.S. ___, 2011 WL 6141312 (Dec. 12, 2011), which was decided after the
26   Magistrate Judge issued the original Report and Recommendation.  In Hardy, the
27   Supreme Court expressly held that "when a witness disappears before trial, it is
28   always possible to think of additional steps that the prosecution might have taken

1  to secure the witness' presence, [ ] but the Sixth Amendment does not require the

2  prosecution to exhaust every avenue of inquiry, no matter how unpromising." Id.

3  at *4. Rather, a federal court on habeas review is required to use the "deferential

4  standard of review" set forth in AEDPA and review the state court decision for

5  reasonableness. Id. With the Supreme Court's recent pronouncement in mind, the

6  Court finds no error in the Magistrate Judge's analysis of this issue.

7       IT IS ORDERED that Judgment be entered dismissing this action without

8  prejudice.

10  DATE:   _12 - 14 - 2011_

11                                    _____

12                                    HON. OTIS D. WRIGHT II
                                     UNITED STATES DISTRICT JUDGE