UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CRUZ MIRANDA,<br><br>   Petitioner,<br><br> vs.<br><br>DOMINGO URIBE, JR., Warden,<br><br>   Respondent. | Case No. CV 10-9682 ODW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 12-14-2011

                HON. OTIS D. WRIGHT II
                UNITED STATES DISTRICT JUDGE