UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CRUZ MIRANDA, <br><br> Petitioner, <br><br> vs. <br><br> DOMINGO URIBE, JR., Warden, <br><br> Respondent. | ) Case No. CV 10-9682 ODW (MRW) <br> ) <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 12-14-2011

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE